JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual | Case No.: 5:17-cv-00337-AB-DTB |
| Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| 2401 SOUTH VINEYARD AVENUE, LLC, A limited liability company; | |
| Defendants. | [Hon. Andre Birotte Jr. presiding] |

1

2          Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice,"

3    and good cause appearing therefore, IT IS HEREBY ORDERED that the above-

4    captioned action shall be dismissed with prejudice in its entirety.  Each party shall

5    bear his or its own costs and attorney's fees.

6

7    IT IS SO ORDERED

8    Dated: October 13, 2017          _____

9                                                  André Birotte Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28